UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA JONES,<br><br>            Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>            Defendant. | Case No. 12-CV-00014-JAM-CKD<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendant.  Each party is to bear their own costs and attorney's fees.

DATED: 9/21/2012         /s/ John A. Mendez_____
                         HON. JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com